THIRD DEPARTMENT, OCTOBER, 1965

(October 5, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARVEY MARCELIN, Petitioner, v. ATTORNEY-GENERAL OF THE STATE OF NEW YORK et al., Respondents.— Application for an order to show cause, which we deem to be a petition for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied as insufficient on its face (*People* v. *Dusablon*, 16 N Y 2d 9). Appellant's conviction has been affirmed upon appeal (*People* v. *Marcelin*, 23 A D 2d 368). If we were to consider the application as one for an order to show cause to commence a proceeding under CPLR, article 78, we would deny it (*Matter of Harris* v. *New York State Bd. of Parole*, 7 A D 2d 662). Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL CHRISTOFORA, Appellant.— Motion to dismiss appeal granted. (Code Crim. Pro., §§ 534, 535.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.